IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL S. JONES, JR., et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COUNTY OF ALLEGHENY, et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 21 – 1094<br><br>Magistrate Judge Lisa Pupo Lenihan |

**ORDER**

**AND NOW**, this 30th day of September, 2021, **IT IS HEREBY ORDERED** that Plaintiff Carl S. Jones, Jr.'s Motion in Request to Refund $64.27 (Initial Filing Fee) (ECF No. 35) is **DENIED** because the Court has not received any money from Plaintiff or his correctional institution for payment of the initial filing fee.

**IT IS FURTHER ORDERED** that if the Court receives the $64.27 payment, or any other amount from Plaintiff Jones, for payment of the filing fee, then the Clerk of Court shall issue a refund to Plaintiff Jones in the appropriate amount.

**IT IS FURTHER ORDERED** that the Inmate Account Officer at Plaintiff Jones' place of confinement is directed to disregard the Court's Order dated August 20, 2021, (ECF No. 5), which granted Plaintiff Jones' Motion for Leave to Proceed *in forma pauperis*. That Order was vacated by subsequent Court Order dated September 14, 2021, (ECF No. 20), because the full filing fee was paid, (ECF No. 15). As such, no payments should be forwarded to the Court to pay the filing fee for this case.

**AND IT IS FURTHER ORDERED** that the Clerk of Court is directed to mail a copy of this Order to the Inmate Account Officer at Plaintiff Jones' place of confinement.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Carl S. Jones, Jr.
QK9540
SCI Camp Hill
P.O. Box 8837
2500 Lisburn Road
Camp Hill, PA  17001

Inmate Account Officer
SCI Camp Hill
P.O. Box 8837
2500 Lisburn Road
Camp Hill, PA  17001

Thomas Morton
QK9595
SCI Smithfield
1120 Pike Street
Huntingdon, PA  16652

Raymond Harrison, 174650
Renewal Inc.
339 Boulevard of the Allies
Pittsburgh, PA  15222

Anthony Lee, 75466
Courde Daye, 179147
Daelon Hill-Johnson, 180163
Daniel Miles, 142047
Daymond Wiggins, 105678
Devin Hale, 183220
Devon Thompson, 108669
Elijah Price, 189038
Geron Anderson, 173396
Jaque David, 159376
Jeremy Carson, 176566

Jermaine Dehonney, 163725
Juan Hayden, 19930
Mario Wall, 95319
Martell Smith, 46430
Roman Jones, 158919
Stephen Day, 96266
To-Michael Sherrell, 178107
Zai-Quan Henderson, 188709
Jermaine Rodgers,187466
Allegheny County Jail
950 Second Ave.
Pittsburgh, PA  15219